Movant must serve the motion for relief from stay, with a completed notice, and the motion to shorten time to the debtor at the address listed in the caption, as required by Fed. R. Civ. P. 7004(b)(9).

Date signed September 04, 2015

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: ANTHONY HARRIS | * | |
| | * | |
| Cassandra Boston, | * | Case No. 15-21296 |
| *Plaintiff,* | * | |
| v. | * | Chapter 7 |
| Anthony Harris | * | |
| *Defendant.* | * | |

**ORDER GRANTING MOTION TO SHORTEN TIME**

Creditor Cassandra Boston's Motion to Shorten Time for Response to Her Motion to Lift Automatic Stay ("Lift Stay Motion") is GRANTED.

Debtor's response deadline to the Motion is shortened to September 7, 2015. If a response is filed, Creditor may reply to the response by September 10, 2015.

END OF ORDER



4