IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re | * | |
| | * | |
| | * | BANKRUPTCY CASE NO.   15-21296 |
| ANTHONY RENARD HARRIS | * | |
| | * | CHAPTER 7 |
| | * | |
| Debtor | * | |

**NOTICE OF CONTINUANCE**
**OF MEETING OF CREDITORS**

**TO ALL PARTIES OF INTEREST:**

The following date/time has changed from the date/time set forth in the Notice Of Chapter 7 Meeting Of Creditors which was dated August 17, 2015.

The 11 U.S.C. Section 341 Meeting Of Creditors previously scheduled for September 22, 2015 at 9:30 A.M. has been continued to September 22, 2015 at 11:30 A.M. The Meeting Of Creditors will be held at 6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770.

The deadline to object to the Debtor's discharge or challenge dischargeability of certain debts or to object to exemptions remains November 23, 2015.

/s/
John R. Tjaden, Bar No. 03668
Attorney for Debtor
15227 Red Clover Drive
Rockville, MD 20853
Telephone: (301) 460-0700

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the  20th  day of  August  , 2015, copies of the foregoing Notice were mailed by first class mail, postage prepaid, to:

Steven H. Greenfeld, Trustee
Suite 103
2600 Tower Oaks Boulevard
Rockville, MD 20852

Alacrity Collections
P. O. Box 586
Riva, MD 21140

American Profit Recovery
34405 W. 12 Mile Road
Suite 379
Farmington, MI 48331

Anne Arundel Medical Center
P. O. Box 62816
Baltimore, MD 21264-2816

Arundel Medical
P. O. Box 64108
Baltimore, MD 21264

Cassandra Bost and Kerry Davidson
1738 Elton Road
Silver Spring, MD 20903

Chase Financial
P. O. Box 260185
Baton Rouge, LA 70826

Chase Home Mortgage
1820 E. Sky Harbour Circle South
Suite 150
Phoenix, AZ 85034

Comcast Employee Benefits
1 Comcast Center
34th Floor
Philadelphia, PA 19103

Deborah Stuart
11404 Kedleston Road
Glen Dale, MD 20769

Delmarva Collections, Inc.
P.O. Box 37
Salisbury, MD 21803-0037

Dental One
2623 Houseley Road
Annapolis, MD 21401

Doctors Emergency Service, P.A.
P. O. Box 62239
Baltimore, MD 21264-2239

Drs. Mininberg & Fechter, P.A.
10301 Georgia Avenue
Suite 105A
Silver Spring, MD 20902-5020

Ella Pantazis, D.C.
Cheverly Chiropractic Services
1220 Annapolis Road
Suite 221, Building C
Glen Dale, MD 20769

Internal Revenue Service
Philadelphia, PA 19255

Johns Hopkins Bayview Medical
3910 Keswick Road
Suite 500
Baltimore, MD 21211

Kerry Davidson, Esq.
1738 Elton Road
Suite 113
Silver Spring, MD 20903

Krause & Ferris
196 Duke Of Gloucester Street
Annapolis, MD 21401

Larry Miller
13721 Pine Needle Court
Upper Marlboro, MD 20774

Mahmoud H. Mustafa, MD
2311 M Street, N.W.
Suite 401
Washington, D.C. 20037

Martin Leasing
2795 Cottonwood Parkway
Suite 120
Salt Lake City, UT 84121

MD Emergency Medical Network Physicians
P. O. Box 37874
Philadelphia, PA 19101-7763

MDICS At Anne Arundel, LLC
P. O. Box 417763
Boston, MA 02241-7763

MQC Collections
P. O. Box 140250
Toledo, OH 43614

Nationwide Credit Corporation
JHU Clinical Practice Association
P.O. Box 9156
Alexandria, VA 22304-9156

Office Of Johns Hopkins Physicians
P. O. Box 64896
Baltimore, MD 21264-4896

ONNACC01
PJ. O. Box 1022
Wixom, MI 48393-1022

Physical Therapy Sports Center
8380 Colesville Road
Silver Spring, MD 20910

Reinstein, Glackin, Patterson & Harriott
17251 Melford Boulevard
Suite 108
Bowie, MD 20715

Scott's Lawn Service
P.O. Box 742585
Cincinnati, OH 45374

State Collection Services, Inc.
2509 S. Stoughton Road
Madison, WI 53716

State Collections
P.O. Box 6250
Cincinnati, OH 45274

Suburban Credit Corporation
6142 Franconia Road
P.O. Box 30640
Alexandria, VA 22310-2521

Transworld Systems, Inc.
507 Prudential Road
Horsham, PA 19044

United Collection Bureau, Inc.
5620 Southwyck Boulevard
Suite 206
Toledo, OH 43614

Washington Eye Center
5711 Saravis Avenue
Suite 402
Riverdale, MD 20737

Washington Radiology Center
P.O. Box 1259
Department 88686
Oaks, PA 19456

Wayfair Cedar Financial
P. O. Box 8996
Calabasas, CA 91372

Wilderness Resorts
9220 Plank Road
Spotsylvania, VA 22553

William Ferris, Esq.
196 Duke Of Gloucester Street
Annapolis, MD 21401

                                                /s/
                                   John R. Tjaden